IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY f/k/a ARKWRIGHT INSURANCE COMPANY as assignee and subrogee to Nicor, Inc.<br>　　　　　Plaintiff,<br>　v.<br><br>RAYMOND MORRISON<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　No. 02 C 3342<br>)<br>)<br>)<br>) |

## AMENDED MOTION FOR REVIVAL OF JUDGMENT

Defendant, Factory Mutual Insurance Company f/k/a Arkwright Insurance Company ("Arkwright"), by and through its attorneys Grace Winkler Cranley and Michael J. Weber of the law firm Leo & Weber, P.C. respectfully moves this court to revive the judgment previously entered in this action, and as grounds therefore states as follows:

1. Judgment in this action was entered against the defendant Raymond F. Morrison, on November 18, 2004 in the amount of $145,217.63 in favor of Arkwright (See copy of Judgment Order attached hereto as Exhibit "A").

3. The judgment remains fully unsatisfied after seven (7) years from the date of the judgment.

4. Arkwright has made reasonable and diligent efforts to recover the judgment against defendant but there has been no recovery on the judgment to date.

4.　　Pursuant to 735 ILCS 5/2-1602, Arkwright is entitled to recover interest accrued since the judgment was entered. The accrued interest on the judgment from November 18, 2004

to the present date of September 20, 2012 allowable at a statutory rate of 9% is $102,515.69. The current outstanding balance of the judgment with interest is $247,733.32.

5. This motion is being served on defendant Raymond Morrison at his last known address of 442 Bond Drive, Batavia, Illinois by certified mail, return receipt requested. Notice is also being sent to Richard Carl Leng of Law Offices of Richard C. Leng, Raymond Morrison's attorney of record.

6. There is no just cause why the judgment in this action should not be revived and execution issued thereon.

Wherefore, Arkwright respectfully moves this court for an order reviving the judgment in this action and to include interest accrued in accordance with 735 ILCS 5/2-1602 for a judgment amount of $247,733.32, and for any such additional relief which this Court deems equitable and just.

FACTORY MUTUAL INSURANCE
COMPANY f/k/a ARKWRIGHT INSURANCE
COMPANY OF AMERICA

By: /s/Grace Winkler Cranley
One of Its Attorneys

Grace Winkler Cranley (ARDC# 6215920)
Michael J. Weber (ARDC# 6186285)
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, Illinois 60602
312/857-0910
gcranley@leoweber.com
mweber@leoweber.com